**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**     *
                                 *
**V.**                           *     **CASE NO.  4:10-CR-00249-SWW-01**
                                 *
**HABEEB ULLAH MUHAMMAD**        *

## ORDER REVOKING SUPERVISED RELEASE

On April 20, 2021, the Court held an initial hearing on the Government's second superseding motion to revoke the supervised release previously granted to Defendant Habeeb Ullah Muhammad in this case.  Mr. Muhammad was present via video conference with his attorney, Assistant Federal Defender Molly Sullivan, and Assistant United States Attorney Stephanie Mazzanti appeared for the Government. The Court found that Mr. Muhammad had violated the conditions of his supervised release but held the matter of sentencing in abeyance pending Mr. Muhammad's sentencing in *United States v. Muhammad*, No. 4:20-CR-00199-SWW-1.

On March 4, 2022, following sentencing in case number 4:20-CR-00199-SWW-1, the Court reconvened the revocation hearing in this case, with Mr. Muhammad and attorneys Sullivan and Mazzanti present, and imposed sentence for Mr. Muhammad's violation of supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant be, and it is hereby, *REVOKED*, and the

Government's second superseding motion to revoke (*Doc. 71*) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of ***TWENTY-ONE MONTHS*** in the custody of the Bureau of Prisons, to run ***consecutive*** to the sentence imposed in *United States v. Muhammad*, No. 4:20-CR-00199-SWW-1.  There will be ***no supervised release to follow***.

IT IS FURTHER ORDERED that Mr. Muhammad is still required to pay the remaining debt for restitution, which is joint and several, as previously ordered.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 28th day of March, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE