IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                    4:10-CR-00249-01-BRW

HABEEB ULLAH MUHAMMAD

### ORDER

Defendant's Motion to Appoint Counsel and Reduce Sentence (Doc. No. 77) is DENIED.

Defendant is serving a sentence in this case for a supervised release revocation, so a reduction is not permitted.[1]

To the extent that Defendant seeks the compassionate release, appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings[2] and he has not presented extraordinary or compelling reasons to support release.

IT IS SO ORDERED this 5th day of February, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S. Sentencing Guideline § 1B1.10, comment n.8(A) ("Only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release.").

[2] *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).